## McCartney's Estate (No. 2).

Argued May 2, 1922. Appeal, No. 122, April T., 1922, by G. L. McCartney, administrator d. b. n. of the Estate of Mary E. McCartney, deceased, and as her heir, from decree of O. C. Allegheny Co., Sept. T., 1921, No. 559, dismissing exceptions to executor's account in the Estate of Mary E. McCartney, deceased. Before ORLADY, P. J., PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Reversed.

OPINION BY TREXLER, J., July 13, 1922:

For the reasons set forth in the opinion filed in No. 121, April T., 1922, the decree of the orphans' court is reversed, costs to be paid by C. L. Stevenson.

---

## Wilson E. Schmick, Trading As Hamburg Broom Works, Appellant, v. West Reading Broom Works et al.

*Equity—Injunction—Unfair competition—Distinctive combination of common characteristics.*

It is unfair competition to so imitate the brooms of another manufacturer by copying his distinctive combinations of colors, bands, sewing and label as to deceive purchasers. Equity will restrain such unfair competition, by injunction, even though the several distinctive features were not such as, by themselves, could be appropriated to the exclusive benefit of any one manufacturer, where a demand for his particular goods has been established through his own peculiar combination of such common characteristics.

Argued December 6, 1921. Appeal, No. 263, Oct. T., 1921, by plaintiff, from decree of C. P. Berks Co., Equity Docket, 1919, No. 1252, dismissing bill for injunction, in the case of Wilson E. Schmick, trading as the Hamburg